1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

```
┌─────────────────────────────────┐
│              FILED               │
│           Sep 18, 2020           │
│     CLERK, U.S. DISTRICT COURT   │
│   EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────────┘
```

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
|---|---|
| 13 THE PERSON OF MICHAEL GARCIA, DOB XX/XX/1988 | 2:20-SW-0812-CKD |
| 15 THE PERSON OF NANCY DALILA ESCOBAR GARCIA, DOB XX/XX/1989 | 2:20-SW-0813-CKD |
| 16 THE PERSON OF GONZALO RUIZ GARCIA, DOB XX/XX/1965 | 2:20-SW-0814-CKD |
| 18 THE PERSON OF TYLOR JEFFERY COMBS, DOB XX/XX/1980 | 2:20-SW-0815-CKD |
| 19 THE PERSON OF DALE ALAN DOUGLAS, JR, DOB XX/XX/1990 | 2:20-SW-0816-CKD |
| 21 THE PERSON OF KING JAMES BERBERAN MIRANDA, DOB XX/XX/1988 | 2:20-SW-0817-CKD |
| 22 1 TRISTAN CIRCLE, SACRAMENTO, CA 95823 | 2:20-SW-0818-CKD |
| 23 4325 SAN JUAN AVENUE, FAIR OAKS, CA 95628 | 2:20-SW-0819-CKD |
| 25 3650 TALLYHO DRIVE, APT 16, SACRAMENTO, CA 95826 | 2:20-SW-0820-CKD |

26

27                    **ORDER TO UNSEAL**

28      Upon application of the United States of America and good cause having been shown,

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.


Dated:    9/18/2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE